UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TYRONE PORTER**                                          **CIVIL ACTION**

**VERSUS**                                                 **NO. 07-0624**

**ORLEANS PARISH SHERIFF'S**                               **SECTION "J"(5)**
**DEPARTMENT, ET AL**

<u>**ORDER**</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the plaintiff's §1983 action be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 26th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE